# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO, CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA, | ) 1:12-cv-00265-LJO-BAM |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION |
| | ) TO PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) |
| KOJO H. MOORE, et al., | ) |
| | ) |
| Defendants. | ) |

On February 6, 2012, plaintiff Stephen Garcia ("Plaintiff") appearing pro se, filed a motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this court GRANTS Plaintiff's application.

IT IS SO ORDERED.

**Dated:**   **March 8, 2012**          /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE

1