1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

## FRESNO, CALIFORNIA

9

10  STEPHEN GARCIA,                       )   1:12-cv-00265-LJO-BAM
                                          )
11                                        )
                                          )   ORDER GRANTING APPLICATION
12              Plaintiff,                )   TO PROCEED IN FORMA PAUPERIS
                                          )
13        v.                              )
                                          )
14  KOJO H. MOORE, et al.,                )
                                          )
15              Defendants.               )
                                          )
16  ─────────────────────────────────────)

17

18        On February 6, 2012, plaintiff Stephen Garcia ("Plaintiff") appearing pro se, filed a

19  motion to proceed in forma pauperis.  Having reviewed the in forma pauperis application, this

20  court GRANTS Plaintiff's application.

21        IT IS SO ORDERED.

22  **Dated:**    **March 8, 2012**              **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28