# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO, CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA,<br><br>             Plaintiff,<br><br>      v.<br><br>KOJO H. MOORE, et al.,<br><br>             Defendants. | 1:12-cv-00265-LJO-BAM<br><br>ORDER DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE |

On February 6, 2012, Plaintiff Stephen Garcia ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint in the United States District Court for the Central District of California against Kojo Moore (a Fresno defense attorney; "Moore") and Moore's law firm Ciummo & Associates ("Ciummo") (Ciummo and Moore are collectively referred to as "Defendants"). On February 16, 2012, the Central District transferred Plaintiff's case to this Court pursuant to 28 U.S.C. § 1406(a). (Doc. 2.)

Plaintiff challenges the legal services Plaintiff received from Defendants, which Plaintiff deemed to be unsatisfactory. Plaintiff purports to state claims for "Breach of Fiduciary Duty" (Pl.'s Compl., 8-13, Doc.1), "Negligent Misrepresentation" (Pl.'s Compl., 14-18, Doc.1), "Professional Negligence (Legal Malpractice)" (Pl.'s Compl., 19-20, Doc.1), and "Breach of Contract." (Pl.'s Compl., 21-23, Doc.1.)

On March 9, 2012, the Honorable Barbara A. McAuliffe dismissed Plaintiff's Complaint without prejudice for failure to state a claim. (Doc. 5.) Judge McAuliffe afforded Plaintiff thirty days to amend his Complaint to state a claim. *Id.* (Doc. 5, 6: 1-2.) Judge McAuliffe further warned Plaintiff that failure to file an amended complaint would result in dismissal of Plaintiff's claims with prejudice. (Doc. 5, 6: 3-4.) To date, Plaintiff has not filed an amended complaint. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND;

2. The clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 7, 2012**                               /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE